

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

August 5, 2015

Frank Carroll III
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056
* DELIVERED VIA E-MAIL *

Ray A. Basaldua
P.O. Box 1982
Lytle, TX 78052
* DELIVERED VIA E-MAIL *

Amy M. Vanhoose
Roberts Markel Weinberg P.C.
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00774-CV
        Trial Court Case Number:    2014-CI-05926
        Style:                  Ray Basaldua v. George Farinacci, Ladona Farinacci and Jim House

Dear Counsel:

      The above cause has been set for formal submission ON BRIEFS ONLY before this Court on Wednesday, September 2, 2015, before a panel consisting of Chief Justice Sandee Bryan Marion, Justice Karen Angelini, and Justice Jason Pulliam.

                          Very truly yours,
                          KEITH E. HOTTLE, CLERK

                          Cynthia A. Martinez
                          Deputy Clerk, Ext. 53853